```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 11168
   NAPOLEON LADALE LAWSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-8960


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
       The case was filed on 05/02/2008 and was not confirmed.

       The case was dismissed without confirmation 07/03/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------

 BANK OF AMERICA NA       CURRENT MORTG          .00          .00             .00
 BANK OF AMERICA NA       MORTGAGE ARRE      8270.00          .00             .00
 BANK OF AMERICA NA       UNSECURED        NOT FILED          .00             .00
 HOUSEHOLD FINANCE/ BENEF CURRENT MORTG          .00          .00             .00
 HOUSEHOLD FINANCE/ BENEF MORTGAGE ARRE      1400.00          .00             .00
 NUVELL CREDIT CO LLC     SECURED NOT I    30984.44          .00             .00
 CITIMORTGAGE             CURRENT MORTG          .00          .00             .00
 CITIMORTGAGE             SECURED NOT I         .00          .00             .00
 CITIMORTGAGE             UNSECURED        NOT FILED          .00             .00
 KOVITZ SHIFRIN NESBIT    SECURED            2093.00          .00             .00
 INTERNAL REVENUE SERVICE PRIORITY         NOT FILED          .00             .00
 CAPITAL ONE              UNSECURED        NOT FILED          .00             .00
 HSBC                     UNSECURED        NOT FILED          .00             .00
 HSBC                     UNSECURED        NOT FILED          .00             .00
 CREDITORS COLLECTION BUR UNSECURED        NOT FILED          .00             .00
 CREDIT PROTECTION ASSOC  UNSECURED        NOT FILED          .00             .00
 AMERICASH LOANS          UNSECURED          1155.40          .00             .00
 PAY DAY LOAN STORE       UNSECURED        NOT FILED          .00             .00
 CITY OF CHICAGO PARKING  UNSECURED        NOT FILED          .00             .00
 NATIONAL AUTO FINANCE CO NOTICE ONLY      NOT FILED          .00             .00
 PRO SE DEBTOR            DEBTOR ATTY            .00                          .00
 TOM VAUGHN               TRUSTEE                                             .00
 DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
 TRUSTEE                       .00

 PRIORITY                                              .00
 SECURED                                               .00
 UNSECURED                                             .00
 ADMINISTRATIVE                                        .00
 TRUSTEE COMPENSATION                                  .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 11168 NAPOLEON LADALE LAWSON
```

```
DEBTOR REFUND                                                            .00
                                      ---------------      ---------------
TOTALS                                            .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                         /s/ Tom Vaughn
    Dated: 10/29/08                      _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 08 B 11168 NAPOLEON LADALE LAWSON